THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* AMASA LYON et al., Appellants.

*People* v. *Lyon*, 119 App. Div. 361, affirmed.
(Argued October 1, 1907; decided October 15, 1907.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial depart-

ment, entered May 10, 1907, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint in an action for the removal of defendants as directors of a certain corporation.

The following question was certified : " Does the complaint state facts sufficient to constitute a cause of action ? "

*Thaddeus D. Kenneson* for appellants.

*W. E. Kisselburgh, Jr.,* for respondent.

Order affirmed, with costs, question certified answered in the affirmative ; no opinion.

Concur : CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.